IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RICARDO HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ADAMS; CHIEF NELSON; SGT. RANDALL; DR. MARLON; COUNSELOR PATRICK; UNIT MANAGER SAPP; WARDEN A W; CEO DAMON HINNIGER; REGIONAL DIRECTOR TURNER; SERGEANT BROWN; and CHIEF JOHNSON,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-8 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's action is **DISMISSED** without prejudice, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 9th day of May, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA