# United States District Court
## Southern District of Georgia

RICARDO HOLMES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-008

WARDEN ADAMS; CHIEF NELSON; SGT. RANDALL; DR. MARLON; COUNSELOR PATRICK; UNIT MANAGER SAPP; WARDEN A W; CEO DAMON HINNIGER; REGIONAL DIRECTOR TURNER; SERGEANT BROWN; and CHIEF JOHNSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 9, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED and this case stands CLOSED.



| May 9, 2016 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk